UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07-004M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| LUIS MANUEL ESPINOZA-ALANIS | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:        Conspiracy to Distribute Methamphetamine

<u>Date of Detention Hearing</u>:    January 9, 2007

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

        1.        Defendant has been charged, together with two co-conspirators, for conspiracy to distribute methamphetamine.  The AUSA advises that approximately three pounds of high quality

01 meth was seized at the time of the arrest, in additional to a firearm found in the vehicle.  The

02 maximum penalty of this offense is in excess of ten years.  There is therefore a rebuttable

03 presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. §3142(e).

04      2.    Defendant is a native and citizen of Mexico.  He alleges that he is in the country

05 legally, and for purposes of the consideration of his release, this is assumed.

06      3    Defendant has an aunt and cousin who reside in the area, but his family primarily

07 resides in Mexico.  He was unable to provide an exact address or phone number for his current

08 residence, but did identify the friend with whom he has resided at that location for the last two

09 months.  He has resided in this District for approximately one year and two months, and before

10 that in Los Angeles for three years.  Prior to that he resided in Tijuana, Mexico for ten years.  He

11 has not been employed since October 2006.  A firearm was found in his closet in a search

12 following his arrest, and the vehicle was being driven by him at the time of arrest.

13      4.    Taken as a whole, the record does not effectively rebut the presumption that no

14 condition or combination of conditions will reasonably assure the appearance of the defendant as

15 required and the safety of the community.

16 It is therefore ORDERED:

17      (1)    Defendant shall be detained pending trial and committed to the custody of the

18           Attorney General for confinement in a correction facility separate, to the extent

19           practicable, from persons awaiting or serving sentences or being held in custody

20           pending appeal;

21      (2)    Defendant shall be afforded reasonable opportunity for private consultation with

22           counsel;

DETENTION ORDER          15.13
18 U.S.C. § 3142(i)          Rev. 1/91
PAGE 2

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 9th day of January, 2007.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER                                                                    15.13
18 U.S.C. § 3142(i)                                                            Rev. 1/91
PAGE 3